

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Newark Area Office**

Two Gateway Center, Suite 1703
283-299 Market Street
Newark, NJ  07102
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Newark Status Line:  (866) 408-8075
Newark Direct Dial:  (973) 645-4684
TTY (973) 645-3004
FAX (973) 645-4524
Website:  www.eeoc.gov

Jadhira Rivera
Senior Trial Attorney
Phone: (973) 645-6025
Fax: (973) 645-4524
E-mail: jadhira.rivera@eeoc.gov

September 24, 2015

Hon. Katherine Polk Failla
United States District Judge
USDC- Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re.:   EEOC v. Mavis Discount Tire, Inc., *et al.,* 12-CV-0741 (KPF)(GWG)

Dear Judge Failla:

In accordance with your Honor's Order dated September 11, 2015, the parties submit this letter to address issues to be discussed at next week's conference.

The parties propose December 17, 2015 as the date for the final pre-trial conference, which, per the Court's rules, would also be the submission date for all motions in limine and the joint pre-trial order; December 29, 2015 as the date to file any opposition to motions in limine; and January 5, 2016 to file any replies.

Dependent on the Court's schedule and preferences, the parties anticipate a trial taking place in early 2016, with the Stage I trial on liability likely taking anywhere from 10 to 12 days to complete. The parties also believe that it would be beneficial to have a short hiatus between a Stage I and Stage II trial of at least a week to enable the parties to better determine how to proceed in Stage II in light of the Stage I findings.

We look forward to discussing this further with the Court at the October 2, 2015 appearance. Thank you.

Respectfully,
s/
Jadhira Rivera, EEOC Trial Attorney
Greg Riolo, Attorney for Defendants
William Lasko, Attorney for Plaintiff-
Intervenor